# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **ANDY ADJEI DONKOR,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **vs.** | )    **Civil Action No. CV-11-S-3664-M** |
| | ) |
| **ERIC H. HOLDER, JR.** *et al.*, | ) |
| | ) |
|     **Respondents.** | ) |

## ORDER

This action is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. Respondents filed a motion to dismiss the petition as moot, and Magistrate Judge Robert Armstrong entered a report and recommendation recommending that the petition be dismissed.[1] No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This action is hereby DISMISSED. Each party shall bear its own costs. The Clerk is directed to close this file.

---

[1] Doc. no. 21.

DONE this 18th day of May, 2012.

_____
United States District Judge